■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KAREEM RUDYSEL, Also Known as ANTOINE BRYANT, Appellant. [877 NYS2d 703]—Appeal by the defendant from a judgment of the Supreme Court, Queens County (Erlbaum, J.), rendered January 22, 2007, convicting him of criminal possession of a controlled substance in the seventh degree and unlawful possession of marijuana, after a nonjury trial, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that the evidence was legally insufficient to sustain his conviction is unpreserved for appellate review (*see People v Hawkins*, 11 NY3d 484, 491-492 [2008]). In any event, viewing the evidence in a light most favorable to the prosecution (*see People v Contes*, 60 NY2d 620 [1983]), we find that it was legally sufficient to establish his guilt beyond a reasonable doubt.

In fulfilling our responsibility to conduct an independent review of the weight of the evidence (*see* CPL 470.15 [5]; *People v Danielson*, 9 NY3d 342 [2007]), we nevertheless accord great deference to the opportunity of the trier of the fact to view the

witnesses, hear the testimony, and observe demeanor (*see People v Mateo,* 2 NY3d 383, 410 [2004], *cert denied* 542 US 946 [2004]; *People v Bleakley,* 69 NY2d 490, 495 [1987]). Upon reviewing the record here, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see People v Romero,* 7 NY3d 633 [2006]). Miller, J.P., Angiolillo, Eng and Austin, JJ., concur.